**Order entered February 24, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00846-CV**

**ROBERT MCCORMICK, Appellant**

**V.**

**EGAN NELSON, LLP, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04179**

**ORDER**

Before the Court is appellant's February 22, 2021 unopposed third motion for an extension of time to file his brief on the merits and appellee's response to the motion. The parties have reached a tentative settlement and need additional time to finalize their agreement. We **GRANT** the motion to the extent that appellant shall file either his brief, a motion to dismiss, or a status report by **March 26, 2021**.

/s/ BONNIE LEE GOLDSTEIN
   JUSTICE